1   Jeffrey Wilens (State Bar No. 120371)
2   **Lakeshore Law Center**
    18340 Yorba Linda Boulevard, No. 107-610
3   Yorba Linda, California 92886
    Telephone:    (714) 854-7205
4   Facsimile:    (714) 854-7206

5   Attorneys for Plaintiffs
    PAULA BERNAL and MARY F. BAILEY
6

7
    Daniel J. O'Rielly (State Bar No. 214846)
8   Anne M. Hunter (State Bar No. 221455)
    **O'RIELLY & ROCHE LLP**
9   4 Embarcadero Center, Suite 1400
    San Francisco, California 94111
10  Telephone:   (415) 952-3002
    Facsimile:   (415) 520-9394
11

12  Attorneys for Defendants
    CASH AMERICA INTERNATIONAL, INC.,
13  and CNU OF CALIFORNIA, LLC (formerly known as
    CASH AMERICA NET OF CALIFORNIA, LLC)
14

15                  UNITED STATES DISTRICT COURT
16
                    NORTHERN DISTRICT OF CALIFORNIA
17
                      SAN FRANCISCO DIVISION
18

19
    PAULA BERNAL and MARY F. BAILEY, on      Case No. CV 12-05792-JSW
20  behalf of themselves and all persons similarly
    situated,                                 **STIPULATION AND [PROPOSED] ORDER
21                                             TO CONTINUE BRIEFING SCHEDULE ON
                 Plaintiffs,                   DEFENDANTS' MOTION TO COMPEL
22                                             ARBITRATION**

23           v.

24  CASH AMERICA INTERNATIONAL, INC.,
    CASH AMERICA NET OF CALIFORNIA, LLC,
25  CNU OF CALIFORNIA, LLC, and Does 1
    through 100, inclusive,
26
                 Defendants.
27

28

---

Plaintiffs PAULA BERNAL and MARY F. BAILEY and Defendants CASH AMERICA INTERNATIONAL, INC., and CNU OF CALIFORNIA, LLC (formerly known as CASH AMERICA NET OF CALIFORNIA, LLC) (hereinafter, collectively, the "Parties"), by and through their undersigned counsel, report that they have met and conferred and have reached the following Stipulation:

WHEREAS, Plaintiffs initially filed suit in California Superior Court, County of Alameda, against Defendants for claims arising from various separate loan transactions between Plaintiff Bernal and Plaintiff Bailey, respectively, and Defendants;

WHEREAS, on November 9, 2012, Defendants removed this action to the United States District Court for the Northern District of California;

WHEREAS, upon removal, this action was assigned to Magistrate Judge Donna M. Ryu;

WHEREAS, on November 14, 2012, Defendants filed a Declination to Proceed Before a Magistrate Judge;

WHEREAS, on November 16, 2012, Defendants filed a Motion to Compel Arbitration ("Motion"), seeking to compel the arbitration of Plaintiff Bernal's and Plaintiff Bailey's respective claims pursuant to the terms of the arbitration agreement contained in each of Plaintiffs' loan agreements with Defendants;

WHEREAS, Defendants noticed the hearing on their Motion in accordance with Magistrate Judge Ryu's calendar;

WHEREAS, on November 20, 2012, this action was reassigned to Judge Jeffrey S. White;

WHEREAS, on November 21, 2012, Defendants re-noticed the hearing on their Motion in accordance with Judge White's calendar;

WHEREAS, Plaintiffs concede that their claims are subject to arbitration;

WHEREAS, the Parties are in the process of preparing a stipulation to stay the present action and proceed to arbitration on Plaintiffs' respective claims;

WHEREAS, Plaintiffs' opposition to Defendants' Motion was to be filed no later than November 30, 2012 and Defendants' reply, if any, in support of their Motion was to be filed no later than December 7, 2012;

1    WHEREAS, the Parties agree to continue Plaintiffs' deadline for filing their opposition to

2    Defendants' Motion to December 14, 2012;

3    WHEREAS, the Parties agree to continue Defendants' deadline for filing their reply, if any, in

4    support of their Motion to December 24, 2012;

5

6

7    NOW, THEREFORE, THE PARTIES HEREBY STIPULATE as follows:

8    Plaintiffs' deadline for filing an opposition to Defendants' Motion to Compel Arbitration shall

9    be continued to December 14, 2012 and Defendants' deadline for filing a reply in support of their

10   Motion shall be continued to December 24, 2012.

11

12   Dated: December 7, 2012                Respectfully submitted,

13                                          **O'RIELLY & ROCHE LLP**

14                                          By:    /s/ Daniel J. O'Rielly
                                                   Daniel J. O'Rielly
15

16                                          Attorneys for Defendants
                                            CASH AMERICA INTERNATIONAL,
17                                          INC.,
                                            and CNU OF CALIFORNIA, LLC
18                                          (formerly known as CASH AMERICA NET
                                            OF CALIFORNIA, LLC)
19

20   Dated: December 7, 2012                **LAKESHORE LAW CENTER**

21

22                                          By:   /s/ Jeffrey Wilens
                                                  Jeffrey Wilens
23
                                            Attorneys for Plaintiffs
24                                          PAULA BERNAL and MARY F. BAILEY

25

26

27

28

---

STIPULATION and [PROPOSED] ORDER TO CONTINUE BRIEFING SCHEDULE
Case No. CV 12-05792-JSW

1

**[~~PROPOSED~~] ORDER**

2          Plaintiffs' deadline for filing a response to Defendants' Motion to Compel Arbitration is

3  hereby continued to December 14, 2012; Defendants' deadline for filing a reply, if any, in support of

4  their Motion to Compel Arbitration is hereby continued to December 24, 2012.

5

6          PURSUANT TO STIPULATION, IT IS SO ORDERED.

7

8  Dated:  December __11__, 2012

9

10                                                    _____

11                                                    The Honorable Jeffery S. White

12                                                    UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**CERTIFICATE OF SERVICE**

I declare that I am over the age of 18 years and not a party to the within action. My business address is 4 Embarcadero Center, Suite 1400, San Francisco, California, 94111.

On December 7, 2012 I served the following document(s):

- **STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO COMPEL ARBITRATION**

To:

Jeffrey Wilens, Esq.
LAKESHORE LAW CENTER
18340 Yorba Linda Blvd., Suite 107-610
Yorba Linda, CA 92886
Phone: (714) 854-7205
Fax: (714) 854-7206
jeff@lakeshorelaw.org

Jeffrey P. Spencer, Esq.
THE SPENCER LAW FIRM
903 Calle Amanecer, Suite 220
San Clemente, CA 92673
Phone: (949) 240-8595
Fax: (949) 240-8515
jps@spencerlaw.net


  XXX   **BY ECF.** I caused such documents to be e-filed with the Court which were then served on counsel via the ECF filing system.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on December 7, 2012 at San Francisco, California.


/s/ Nydia Avellan
Nydia Avellan