1   Jeffrey Wilens (State Bar No. 120371)
2   **Lakeshore Law Center**
    18340 Yorba Linda Boulevard, No. 107-610
3   Yorba Linda, California 92886
    Telephone:     (714) 854-7205
4   Facsimile:     (714) 854-7206

5   Attorneys for Plaintiffs
    PAULA BERNAL and MARY F. BAILEY
6

7
    Daniel J. O'Rielly (State Bar No. 214846)
8   Anne M. Hunter (State Bar No. 221455)
    **O'RIELLY & ROCHE LLP**
9   4 Embarcadero Center, Suite 1400
    San Francisco, California 94111
10  Telephone:  (415) 952-3002
    Facsimile:  (415) 520-9394
11

12  Attorneys for Defendants
    CASH AMERICA INTERNATIONAL, INC.,
13  and CNU OF CALIFORNIA, LLC (formerly known as
    CASH AMERICA NET OF CALIFORNIA, LLC)
14

15                  UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17                     SAN FRANCISCO DIVISION

18

19

20  PAULA BERNAL and MARY F. BAILEY, on        Case No. CV 12-05792-JSW
    behalf of themselves and all persons similarly
21  situated,                                  **STIPULATION AND [PROPOSED] ORDER
                                               TO CONTINUE BRIEFING SCHEDULE ON
22                  Plaintiffs,                DEFENDANTS' MOTION TO COMPEL
                                               ARBITRATION**
23          v.

24  CASH AMERICA INTERNATIONAL, INC.,
    CASH AMERICA NET OF CALIFORNIA, LLC,
25  CNU OF CALIFORNIA, LLC, and Does 1
    through 100, inclusive,
26
                    Defendants.
27

28

                                        -1-
        STIPULATION and [PROPOSED] ORDER TO CONTINUE BRIEFING SCHEDULE
                         Case No. CV 12-05792-JSW

1    Plaintiffs PAULA BERNAL and MARY F. BAILEY and Defendants CASH AMERICA

2 INTERNATIONAL, INC., and CNU OF CALIFORNIA, LLC (formerly known as CASH

3 AMERICA NET OF CALIFORNIA, LLC) (hereinafter, collectively, the "Parties"), by and through

4 their undersigned counsel, report that they have met and conferred and have reached the following

5 Stipulation:

6    WHEREAS, Plaintiffs initially filed suit in California Superior Court, County of Alameda,

7 against Defendants for claims arising from various separate loan transactions between Plaintiff Bernal

8 and Plaintiff Bailey, respectively, and Defendants;

9    WHEREAS, on November 9, 2012, Defendants removed this action to the United States

10 District Court for the Northern District of California;

11    WHEREAS, upon removal, this action was assigned to Magistrate Judge Donna M. Ryu;

12    WHEREAS, on November 14, 2012, Defendants filed a Declination to Proceed Before a

13 Magistrate Judge;

14    WHEREAS, on November 16, 2012, Defendants filed a Motion to Compel Arbitration

15 ("Motion"), seeking to compel the arbitration of Plaintiff Bernal's and Plaintiff Bailey's respective

16 claims pursuant to the terms of the arbitration agreement contained in each of Plaintiffs' loan

17 agreements with Defendants;

18    WHEREAS, Defendants noticed the hearing on their Motion in accordance with Magistrate

19 Judge Ryu's calendar;

20    WHEREAS, on November 20, 2012, this action was reassigned to Judge Jeffrey S. White;

21    WHEREAS, on November 21, 2012, Defendants re-noticed the hearing on their Motion in

22 accordance with Judge White's calendar;

23    WHEREAS, Plaintiffs concede that their claims are subject to arbitration;

24    WHEREAS, the Parties are in the process of preparing a stipulation to stay the present action

25 and proceed to arbitration on Plaintiffs' respective claims;

26    WHEREAS, Plaintiffs' opposition to Defendants' Motion was to be filed no later than

27 November 30, 2012 and Defendants' reply, if any, in support of their Motion was to be filed no later

28 than December 7, 2012;

1    WHEREAS, the Parties agree to continue Plaintiffs' deadline for filing their opposition to

2 Defendants' Motion to December 14, 2012;

3    WHEREAS, the Parties agree to continue Defendants' deadline for filing their reply, if any, in

4 support of their Motion to December 24, 2012;

5

6

7    NOW, THEREFORE, THE PARTIES HEREBY STIPULATE as follows:

8    Plaintiffs' deadline for filing an opposition to Defendants' Motion to Compel Arbitration shall

9 be continued to December 14, 2012 and Defendants' deadline for filing a reply in support of their

10 Motion shall be continued to December 24, 2012.

11

12   Dated: December 7, 2012                          Respectfully submitted,

13                                                    **O'RIELLY & ROCHE LLP**

14                                                    By:    /s/ Daniel J. O'Rielly
                                                            Daniel J. O'Rielly

15

16                                                    Attorneys for Defendants
                                                     CASH AMERICA INTERNATIONAL,
17                                                   INC.,
                                                     and CNU OF CALIFORNIA, LLC
18                                                   (formerly known as CASH AMERICA NET
                                                     OF CALIFORNIA, LLC)

19

20   Dated: December 7, 2012                          **LAKESHORE LAW CENTER**

21

22                                                    By:    /s/ Jeffrey Wilens
                                                            Jeffrey Wilens

23

24                                                    Attorneys for Plaintiffs
                                                     PAULA BERNAL and MARY F. BAILEY

25

26

27

28

---

-3-
STIPULATION and [PROPOSED] ORDER TO CONTINUE BRIEFING SCHEDULE
Case No. CV 12-05792-JSW

1

**[PROPOSED] ORDER**

2          Plaintiffs' deadline for filing a response to Defendants' Motion to Compel Arbitration is

3   hereby continued to December 14, 2012; Defendants' deadline for filing a reply, if any, in support of

4   their Motion to Compel Arbitration is hereby continued to December 24, 2012.

5

6          PURSUANT TO STIPULATION, IT IS SO ORDERED.

7

8   Dated:  December 11 , 2012

9

10                                          _____
                                            The Honorable Jeffery S. White
11
                                            UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-
STIPULATION and [PROPOSED] ORDER TO CONTINUE BRIEFING SCHEDULE
Case No. CV 12-05792-JSW

**CERTIFICATE OF SERVICE**

I declare that I am over the age of 18 years and not a party to the within action.  My business

address is 4 Embarcadero Center, Suite 1400, San Francisco, California, 94111.

On December 7, 2012 I served the following document(s):

• **STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO COMPEL ARBITRATION**

To:

Jeffrey Wilens, Esq.
LAKESHORE LAW CENTER
18340 Yorba Linda Blvd., Suite 107-610
Yorba Linda, CA 92886
Phone: (714) 854-7205
Fax: (714) 854-7206
jeff@lakeshorelaw.org

Jeffrey P. Spencer, Esq.
THE SPENCER LAW FIRM
903 Calle Amanecer, Suite 220
San Clemente, CA 92673
Phone: (949) 240-8595
Fax: (949) 240-8515
jps@spencerlaw.net

 XXX  **BY ECF.** I caused such documents to be e-filed with the Court which were then served on counsel via the ECF filing system.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct and that this Declaration was executed on December 7, 2012 at San

Francisco, California.

/s/ Nydia Avellan
Nydia Avellan