Jeffrey Wilens (State Bar No. 120371)
**Lakeshore Law Center**
18340 Yorba Linda Boulevard, No. 107-610
Yorba Linda, California 92886
Telephone:   (714) 854-7205
Facsimile:   (714) 854-7206

*Attorneys for Plaintiffs*
PAULA BERNAL and MARY F. BAILEY

Daniel J. O'Rielly (State Bar No. 214846)
Anne M. Hunter (State Bar No. 221455)
**O'RIELLY & ROCHE LLP**
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone:  (415) 952-3002
Facsimile:   (415) 520-9394

*Attorneys for Defendants*
CASH AMERICA INTERNATIONAL, INC.,
and CNU OF CALIFORNIA, LLC (formerly known as
CASH AMERICA NET OF CALIFORNIA, LLC)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAULA BERNAL and MARY F. BAILEY, on behalf of themselves and all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CASH AMERICA INTERNATIONAL, INC., CASH AMERICA NET OF CALIFORNIA, LLC, CNU OF CALIFORNIA, LLC, and Does 1 through 100, inclusive,<br><br>Defendants. | Case No. CV 12-05792-JSW<br><br>**NOTICE OF *EN BANC* RULING IN *KILGORE* CASE AND STIPULATED REQUEST FOR BRIEFING SCHEDULE and [PROPOSED] ORDER** |

Plaintiffs PAULA BERNAL and MARY F. BAILEY and Defendants CASH AMERICA INTERNATIONAL, INC., and CNU OF CALIFORNIA, LLC (formerly known as CASH AMERICA NET OF CALIFORNIA, LLC) (hereinafter, collectively, the "Parties"), by and through their undersigned counsel, hereby provide notice to the Court that an *en banc* panel of the Ninth Circuit Court of Appeals issued the attached ruling in *Kilgore v. Key Bank*, 2013 WL 1448876, *1 (9th Cir., April 11, 2013). The Parties have met and conferred about what effect this ruling has on Plaintiffs' request, in their First Amended Complaint, for injunctive relief in connection with their alleged Business & Professions Code section 17200, *et seq*. claim, and the arbitrability of that request. The Parties do not agree.

NOW, THEREFORE, THE PARTIES HEREBY SUBMIT THIS STIPULATED REQUEST as follows:

In light of the recent *en banc* ruling in the *Kilgore* case, the Parties request that the Court set a briefing schedule so that they may present their respective views on the question of what effect the *Kilgore* ruling has on Plaintiffs' injunctive relief claim. The Parties propose that the Court order the Parties to submit simultaneous briefs no later than April 30, 2013.

Dated: April 16, 2013

Respectfully submitted,

**O'RIELLY & ROCHE LLP**

By: __/s/ Daniel J. O'Rielly
       Daniel J. O'Rielly

Attorneys for Defendants
CASH AMERICA INTERNATIONAL, INC., and CNU OF CALIFORNIA, LLC (formerly known as CASH AMERICA NET OF CALIFORNIA, LLC)

-2-
NOTICE OF *EN BANC* RULING IN *KILGORE* CASE AND STIPULATED REQUEST FOR
BRIEFING SCHEDULE and [PROPOSED] ORDER
Case No. CV 12-05792-JSW

Dated: April 16, 2013  **LAKESHORE LAW CENTER**

By: /s/ Jeffrey Wilens
Jeffrey Wilens

Attorneys for Plaintiffs
PAULA BERNAL and MARY F. BAILEY

**[PROPOSED] ORDER**

No later than April 30, 2013, the Parties shall each submit a brief presenting their respective views of the effect of the Ninth Circuit's *en banc* ruling in the *Kilgore* case on Plaintiffs' request for injunctive relief.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 17, 2013

/s/ Jeffrey S. White
The Honorable Jeffery S. White
UNITED STATES DISTRICT JUDGE