United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAULA BERNAL, et al.,

          Plaintiffs,

   v.

CASH AMERICA INTERNATIONAL, INC., et al.,

          Defendants.

_____/

No. C 12-05792 JSW

**ORDER REQUIRING FURTHER BRIEFING**

     The Court has received the parties' simultaneous supplemental briefing on the *en banc* opinion in *Kilgore v. Key Bank*, --- F.3d ---, 2013 WL 1458876 (9th Cir. Apr. 11, 2013).  The Court finds that it would be helpful to have Plaintiffs respond to Defendants' supplemental brief.  Therefore, the Court HEREBY ORDERS Plaintiffs to file a response by no later than May 16, 2013.  Defendants may file a reply by no later than May 23, 2013.

     **IT IS SO ORDERED.**

Dated: May 7, 2013

                               JEFFREY S. WHITE
                               UNITED STATES DISTRICT JUDGE