IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA BERNAL, et al., | |
| Plaintiffs, | No. C 12-05792 JSW |
| v. | |
| CASH AMERICA INTERNATIONAL INC., et al., | **ORDER RE FAILURE TO OPPOSE MOTION** |
| Defendants. | |

On January 30, 2015, Defendants filed a motion to confirm arbitration award. Pursuant to Northern District Civil Local Rule 7-3, Plaintiffs' opposition or statement of non-opposition was due no later than February 13, 2015. Plaintiffs have failed to file any response to Defendants' motion. Accordingly, Plaintiffs are HEREBY ORDERED to immediately file their opposition or statement of non-opposition to this motion.

**IT IS SO ORDERED.**

Dated: February 17, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE